IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHRETHA T. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:12-cv-00346 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Knowles |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff Shretha T. Brown's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 12), filed with a Brief in Support (Doc. No. 13). Defendant Commissioner of Social Security filed a Response opposing the Motion. (Doc. No. 18.) Subsequently, Magistrate Judge Knowles issued a Report and Recommendation ("Report"), recommending the Motion be denied. (Doc. No. 19.) The Report was entered on June 10, 2013, and provided a period of fourteen days in which either party could file an objection. (*Id.* at 22.) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 30th day of July, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT